**SHALCHI BURCH LLP**
ALI SHALCHI (SBN 239164)
AS@SHALCHIBURCHLLP.COM
TRAVIS J. BURCH (SBN 216175)
TB@SHALCHIBURCHLLP.COM
23 Corporate Plaza Dr., Ste. 150
Newport Beach, California 92660
Telephone: (949) 359-0334
Facsimile: (949) 326-0083

Attorneys for Plaintiff & Counter-Defendant
NewWave Holdings LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWWAVE HOLDINGS, LLC, a Puerto Rico Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>DONGGUAN GRTAI ELECTRONICS TECHNOLOGY CO. LTD. doing business as MISIKE and VARBERTOS; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>DONGGUAN GRTAI ELECTRONICS TECHNOLOGY CO. LTD. doing business as MISIKE and VARBERTOS<br><br>Counter-Plaintiff,<br><br>vs.<br><br>NEWWAVE HOLDINGS, LLC, a Puerto | Case No. 2:23−cv−09518−DDP−AGR<br><br>**PLAINTIFF NEWWAVE HOLDINGS, LLC'S ANSWER TO COUNTERCLAIM** |

Rico Limited Liability Company,

        Counter-Defendant.

COMES now Plaintiff/Counter-Defendant NewWave Holdings LLC's Answer to Defendant/Counter-Plaintiff's Counterclaim as follows:

**INTRODUCTION**

1.    Counter-Defendant denies the allegations in paragraph 1 of the Counter-complaint.

**PARTIES**

2.    Counter-Defendant denies the allegations in paragraph 2 of the Counter-complaint except as follows: Counter-Plaintiff DONGGUAN GRTAI ELECTRONICS TECHNOLOGY CO. LTD. doing business as MISIKE and VARBERTOS, is a Chinese entity, and does business in this judicial district including Orange County. Counter-Plaintiff markets and sells products to customers throughout California, including in this judicial district.

3.    Counter-Defendant denies the allegations in paragraph 3 of the Counter-complaint except as follows: Counter-Defendant NEWWAVE HOLDINGS LLC is a limited liability company, organized and existing under the laws of the Puerto Rico, doing business in this judicial district. Counter-Defendant markets and sells products to customers throughout California, including in this judicial district.

**JURISDICTION AND VENUE**

4.    Paragraph 4 of the Counter-complaint contains legal assertions and legal conclusions to which no response is required. To the extent paragraph contains factual allegations, Counter-Defendant denies each and every allegation.

**BACKGROUND**

5.    Counter-Defendant denies the allegations in paragraph 5 of the Counter-complaint.

6.    Counter-Defendant lacks sufficient information to form a belief as to the allegations contained in paragraph 6 of the Counter-complaint and therefore denies such allegations.

7. Counter-Defendant lacks sufficient information to form a belief as to the allegations contained in paragraph 7 of the Counter-complaint and therefore denies such allegations.

8. Counter-Defendant denies the allegations in paragraph 8 of the Counter-complaint

9. Counter-Defendant denies the allegations in paragraph 9 of the Counter-complaint.

10. Counter-Defendant denies the allegations in paragraph 10 of the Counter-complaint.

11. Counter-Defendant denies the allegations in paragraph 11 of the Counter-complaint.

12. Counter-Defendant denies the allegations in paragraph 12 of the Counter-complaint.

13. Counter-Defendant denies the allegations in paragraph 13 of the Counter-complaint.

14. Counter-Defendant denies the allegations in paragraph 14 of the Counter-complaint.

15. Counter-Defendant denies the allegations in paragraph 15 of the Counter-complaint.

16. Counter-Defendant denies the allegations in paragraph 16 of the Counter-complaint.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof on any matters that would otherwise rest with Counterclaimant, and expressly denying any wrongdoing, Counter-Defendant alleges the following affirmative defenses.

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Cause of Action)**

Counter-Defendant alleges that the Counterclaim, and each Claim for Relief therein alleged against Counter-Defendant, fails to state facts sufficient to constitute a cause of action. Further, the Counterclaim fails to identify any legal claim.

### SECOND AFFIRMATIVE DEFENSE

**(Lack of Standing)**

Counter-Defendant alleges that Counterclaimant are not the real parties in interest, and lack standing to sue or otherwise assert any of the Claims for Relief set forth against Counter-Defendant.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Counter-defendant alleges that the Counterclaim and each Claim for Relief alleged therein against Counter-Defendant is barred by the applicable statutes of limitation.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

Counter-Defendant alleges, upon information and belief, that Counterclaimant failed to take reasonable steps to mitigate their claimed damages and, by virtue of such failure, their rights, if any, to recovery of damages, should be reduced in whole or in part.

**FIFTH AFFIRMATIVE DEFENSE**

**(Third Party Liability)**

Counter-Defendant alleges, upon information and belief, that the Counterclaim and each Claim for Relief therein alleged against Counter-Defendant fails as any and all damages and/or amounts owed to Counterclaimant, if any are found to exist, in connection with the Counterclaim are owed by third parties and not by the answering Counter-Defendant.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver)**

Counter-Defendant alleges, upon information and belief, that Counterclaimant have engaged in conduct with respect to the property and/or accounts which are the subject matter of this action sufficient to constitute a waiver of any alleged breach of contract or any other conduct, if any, as set forth in the Counterclaim.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Privilege and/or Justification)**

Counter-Defendant alleges, upon information and belief, that the Counterclaim and each Claim for Relief therein alleged against Counter-Defendant is barred in whole or in part as all

alleged acts or omissions of Counter-Defendant were at all times justified, privileged, reasonable and done in good faith.

## EIGHTH AFFIRMATIVE DEFENSE

**(Truth)**

Counter-Defendant alleges, upon information and belief, that the Counterclaim and each Claim for Relief therein alleged against Counter-Defendant is barred because the statements and/or representations allegedly made by Counter-Defendant, if any, were true when made.

## NINTH AFFIRMATIVE DEFENSE

**(Fraud)**

Counter-defendant allege, upon information and belief, that the Counterclaim and each Claim for Relief therein alleged against Counter-Defendant is barred from recovery by virtue of Counterclaimant's fraudulent conduct in connection with the alleged agreement(s), property, and/or accounts which are the subject matter of this action in which Counterclaimant seeks relief.

## TENTH AFFIRMATIVE DEFENSE

**(Laches)**

Counter-Defendant alleges upon information and belief that by virtue of the acts and/or omissions of the Counterclaimant, Counter-claimant's recovery in this action is barred under the doctrine of laches.

## ELEVENTH AFFIRMATIVE DEFENSE

**(Estoppel)**

Counter-Defendant alleges upon information and belief that by virtue of the acts and/or omissions of Counterclaimant, Counterclaimant are estopped from asserting their claims against Counter-Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

**(One Who Seeks Equity Must Do Equity)**

No relief may be obtained under the Counterclaim by reason of the Counterclaimant' failure to do equity in the matters alleged in the Counterclaim filed herein against Counter-Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Counter-Defendant alleges upon information and belief that by virtue of the acts and/or omissions of Counterclaimant, Counterclaimant' recovery in this action is barred under the equitable doctrine of unclean hands.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Indemnity)

Counter-Defendant alleges, upon information and belief, that if Counterclaimant is entitled to recover from Counter-Defendant under any basis of law or equity on any of the purported Claims for Relief contained in the Counterclaim, then as a result of its actions and/or omissions such recovery against Counter-Defendant shall be indemnified by the other Defendants named in the Counterclaim.

### FIFTEENTH AFFIRMATIVE DEFENSE

### (Contribution)

Counter-Defendant alleges, upon information and belief, that in the event a finding is made that Counter-Defendant is at fault in any manner or to any degree, the amount of recovery, if any, should be reduced on the basis of comparative fault and/or contributory negligence of Counterclaimant and/or the other Defendants.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

Counter-Defendant alleges upon information and belief that Counter-claimant's damages, if any, are too speculative such that Counterclaimant should be precluded from recovery thereof from this answering Counter-Defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedies at Law)

Counter-Defendant alleges upon information and belief that Counter-claimant's damages, if any, are too speculative such that Counterclaimant should be precluded from recovery thereof from this answering Counter-Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (Fair Competition)

Plaintiff's claims are barred, in whole or part, because the actions complained of constitute fair competition.

### NINETEENTH AFFIRMATIVE DEFENSE

**(Offset and Recoupment)**

Any amount of damages awarded should be reduced by any monies owed under the doctrines of offset and recoupment.

### TWENTIETH AFFIRMATIVE DEFENSE

**(Comparative Fault)**

Counterclaimant's claims are barred, in whole or in part, because no act or omission on the part of the Counter-Defendant was a substantial factor in causing any injuries that Counterclaimant allegedly suffered, or the acts or omissions of other parties including, but not limited to, Counterclaimant, constitute an intervening and superseding cause of any injury, damages, or other relief sought by Counterclaimant in this action.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

**(Additional Defenses)**

Counter-Defendant alleges that additional affirmative defenses may be available of which Counter-Defendant are not fully aware.  Counter-Defendant reserve the right to insert additional affirmative defenses after the same have been ascertained.

WHEREFORE, Counter-Defendant prays for judgment as follows:

1. That Counterclaimant take nothing by the Counterclaim and that the same be dismissed with prejudice in its entirety;

2. That the Court deny any and all relief sought by Counterclaimant;

3. That Counter-Defendant be awarded costs of suit, including reasonable attorney's fees;

4. That Counter-Defendant be awarded such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 13, 2024                **SHALCHI BURCH LLP**


By: <u>/Ali Shalchi/</u>
    Ali Shalchi, Esq.
    Travis J. Burch, Esq.
    Attorneys for Plaintiff
    NewWave Holdings LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I electronically filed the foregoing PLAINTIFF NEWWAVE HOLDINGS, LLC'S ANSWER TO COUNTERCLAIM with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

DATED: November 13, 2023         **SHALCHI BURCH LLP**

By /Ali Shalchi/
Ali Shalchi, Esq.
Travis J. Burch, Esq.
Attorneys for Plaintiff
NewWave Holdings LLC